UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JOSEPH BOUDOUSQUIE, | No. 2:23-cv-0948 DAD DB PS |
| Plaintiff, | |
| v. | ORDER |
| U.S. DEPARTMENT OF THE ARMY, | |
| Defendant, | |

Plaintiff Louis Joseph Boudousquie is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On August 28, 2023, plaintiff filed a motion for default judgment and a request for entry of defendant's default. (ECF Nos. 5 & 6.) On September 7, 2023, the Clerk of the Court denied plaintiff's request for entry of defendant's default due to plaintiff's failure to properly serve the defendant. (ECF No. 7.)

On September 29, 2023, plaintiff filed a request for an extension of time to serve defendant. (ECF No. 8.) On October 2, 2023, plaintiff filed a request for an extension of time to seek entry of defendant's default. (ECF No. 11.) However, on November 8, 2023, counsel for defendant appeared and filed a request for an extension of time to file a response to the complaint. (ECF No. 12.) Therein, counsel explains that they were only recently assigned to the matter and require additional time to prepare a response. On November 13, 2023, plaintiff filed an

opposition to defendant's request.  (ECF No. 13.)  Although plaintiff's desire to proceed with this action is understandable defendant has established good cause to grant an extension of time.

On October 2, 2023, plaintiff also filed a request for permission for electronic filing. (ECF No. 9.)  Because plaintiff's filing simply states that plaintiff requests "permission to participate in electronic filing" the undersigned is concerned that plaintiff may not be aware of this court's requirements for electronic filing.  <u>See</u> generally Local Rules 131, 133, 137, 140, & 141.  Plaintiff's motion, therefore, will be denied without prejudice to filing a renewed motion that acknowledges plaintiff has reviewed the court's Local Rules and requirements for electronic filing.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's November 8, 2023 request for an extension of time (ECF No. 12) is granted;

2. Defendant shall file a response to plaintiff's complaint on or before December 18, 2023;

3. Plaintiff's August 28, 2023 motion for default judgment (ECF No. 5) is denied as having been rendered moot;

4. Plaintiff's September 29, 2023 motion for an extension of time to serve defendant (ECF No. 8) is denied as having been rendered moot;

5. Plaintiff's October 2, 2023 motion for permission for electronic filing (ECF No. 9) is denied without prejudice to renewal; and

6. Plaintiff's October 2, 2023 motion for extension of time to request entry of defendant's default (ECF No. 11) is denied without prejudice as having been rendered moot.

Dated:  November 16, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/boudousquie0948.eot.ord

2