UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JOSEPH BOUDOUSQUIE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE ARMY, et al.,<br><br>Defendants. | No. 2:23-cv-00948-DAD-SCR (PS)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. Nos. 16, 28) |

Plaintiff proceeds in this action in *pro se*. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On December 30, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss be granted without leave to amend. (Doc. No. 28.) Specifically, the magistrate judge concluded that the Civil Servants Reform Act ("CSRA") provided plaintiff an exclusive remedy[1] and his Federal Tort Claims Act ("FTCA") claim asserted in this action is preempted. (*Id.* at 3–4.) In addition, the magistrate judge found that even if his FTCA claim was not preempted, plaintiff had failed to exhaust his

---

[1] The findings and recommendations acknowledged that plaintiff challenged his removal through the CSRA and prevailed, with the U.S. Army Corps of Engineers being ordered to cancel plaintiff's removal, retroactively restore plaintiff and pay him back pay. (Doc. No. 28 at 1–3.)

1

administrative remedies prior to filing suit as is required. (*Id.* at 4–5.) Therefore, it was recommended that this action be dismissed for lack of subject matter jurisdiction. (*Id.* at 6.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) Plaintiff was thereafter granted two extensions of time to file objections (Doc. Nos. 31, 33), and filed his objections to the findings and recommendations on March 7, 2025. (Doc. No. 34.) In his objections, plaintiff argues that the CSRA does not preempt his personal injury claims brought under the FTCA in this action and that he did exhaust his administrative remedies. (*Id.*) No argument advanced by plaintiff in support of these contentions provides a basis upon which to reject the analysis set forth in the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations filed December 30, 2024 (Doc. No. 28), are adopted in full;

2. Defendants' motion to dismiss (Doc. No. 16) is GRANTED; and

3. The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated:   **March 12, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE